UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PATSY BROWN, ET AL | CASE NO. 6:22-CV-01034 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| U S DEPARTMENT OF HEALTH & HUMAN SERVICES, ET AL | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

Before this Court is a MOTION TO DISMISS ("the Motion"), [Doc. 4] pursuant to Fed. R. Civ. P. 12(b)(1) filed by the government. The Motion was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 7], is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the REPORT AND RECOMMENDATION [Doc. 7], the MOTION TO DISMISS [Doc. 4] is GRANTED and, accordingly, all claims by Plaintiff are DISMISSED without prejudice.

**THUS, DONE AND SIGNED** in Chambers this 6th day of September 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE